**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **TERRY GASCHE,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 3:18-cv-323-REP |
| ) | |
| **CAPITAL ONE BANK (USA), N.A.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**<u>NOTICE OF SETTLEMENT</u>**

Defendant Capital One Bank (USA), N.A., by counsel and on behalf of itself and Plaintiffs, hereby notifies the Court that the parties have settled all Plaintiffs' claims and are in the process of memorializing the settlement agreement documents. A notice of dismissal with prejudice will be filed once the settlement agreement is finalized and executed.

Dated: September 18, 2018

                                                                                                            Respectfully submitted,

                                                                                                            */s/ Seth A. Schaeffer*
                                                                                                            Seth A. Schaeffer (VA Bar No. 74509)
                                                                                                            McGuire Woods, LLP
                                                                                                            800 East Canal Street
                                                                                                            Richmond, Virginia 23219
                                                                                                            (804) 775-1174
                                                                                                            sschaeffer@mcguirewoods.com

                                                                                                            *Counsel for Defendant Capital One Bank
                                                                                                            (USA), N.A.*

**Certificate of Service**

I certify that on the 18th day of September, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> **Jenny Diane DeFrancisco**
> Lemberg Law, LLC
> 43 Danbury Road
> 3rd Floor
> Wilton, Connecticut 06897
> (203) 653-2250
>
> **Seth Crosland**
> Crosland Law Firm PLLC
> 1848 Norwood Plaza
> Suite 205B
> Hurst, Texas 76054
> (972) 591-6919
>
> *Counsel for Plaintiffs*

/s/ Seth A. Schaeffer
Seth A. Schaeffer (VA Bar No. 74509)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
(804) 775-1000
sschaeffer@mcguirewoods.com

*Counsel for Defendant Capital One Bank (USA), N.A.*