**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **TERRY GASCHE,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 3:18-cv-323-REP |
| ) | |
| **CAPITAL ONE BANK (USA), N.A.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), upon agreement of Plaintiffs and Defendant Capital One Bank (USA), N.A. ("Capital One"), Plaintiffs stipulate to the dismissal with prejudice of Plaintiffs' claims against Capital One, with each side to bear its own fees and costs.

Dated: October 3, 2018

                                                             Respectfully submitted,

                                                             /s/ Alexander H. Bell
                                                             Alexander H. Bell (VA Bar No. 84859)
                                                             The Law Office of Alexander H. Bell
                                                             555 East Main Street, Suite 1102
                                                             Norfolk, Virginia 23510
                                                             (757) 651-5017
                                                             Alex@AlexBellLaw.com

                                                             *Counsel for Plaintiffs*

                                                             /s/ Seth A. Schaeffer
                                                             Seth A. Schaeffer (VA Bar No. 74509)
                                                             McGuire Woods, LLP
                                                             800 East Canal Street
                                                             Richmond, Virginia 23219
                                                             (804) 775-1174
                                                             sschaeffer@mcguirewoods.com

                                                             *Counsel for Defendant Capital One Bank (USA), N.A.*

**Certificate of Service**

I certify that on the 3rd day of October, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Seth A. Schaeffer
M<span style="font-variant:small-caps">c</span>G<span style="font-variant:small-caps">uire</span> W<span style="font-variant:small-caps">oods</span>, LLP
800 East Canal Street
Richmond, Virginia 23219
(804) 775-1174
sschaeffer@mcguirewoods.com

/s/ _Alexander H. Bell_____
Alexander H. Bell (VA Bar No. 84859)
The Law Office of Alexander H. Bell
555 East Main Street, Suite 1102
Norfolk, Virginia 23510
(757) 651-5017
Alex@AlexBellLaw.com

*Counsel for Plaintiffs*